UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Theresa Ann Smith,<br><br>    Plaintiff,<br>vs.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 19-cv-01571 (SRN)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STAY TIME LIMITS ON 406(b) PROCEEDINGS UNTIL SOCIAL SECURITY CALCULATES BENEFITS AND ALL AWARD NOTICES ARE RECEIVED |

  This matter is before the Court on Plaintiff's Motion to Stay Time Limits [Doc. No. 40].

  Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** time limits to submit the 406(b) petition are extended for an additional 60 days for plaintiff to obtain the necessary documentation from the Social Security Administration (SSA) to calculate the request for attorney fees. Should SSA not release this information within the two month time frame, plaintiff may request additional stay(s).

Dated:  March 29, 2023

                    s/Susan Richard Nelson
                    Susan Richard Nelson
                    United States District Court Judge